IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANGELA SANCHEZ, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:22-CV-00864-E |
| | § | |
| STONEGATE SENIOR LIVING, LLC, et al., | § | FSLA Collective Action |
| | § | |
| Defendants. | § | |

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO APPROVE SETTLEMENT AGREEMENT AND DISMISS WITH PREJUDICE

Before the Court are (1) Plaintiff's Unopposed Motion to Approve Settlement Agreement and Dismiss with Prejudice, (Doc. 15); and (2) Defendant's Motion to Dismiss for Failure to State a Claim, (Doc. 9). Having reviewed the Unopposed Motion to Approve Settlement Agreement and Dismiss with Prejudice, (Doc. 15), Plaintiff's memorandum in support thereof, (Doc. 16), and the exhibits attached thereto, (Docs. 16-1, 16-2, & 16-3), the Court determines that the Motion should be, and therefore is, **GRANTED**. It is therefore **ORDERED** as follows:

The Following persons shall be provided notice of this case and the settlement—pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)—as provided in the Parties' Settlement Agreement,

> All current or former non-exempt employees of Defendants (including their subsidiaries and alter egos)[1] who worked in the United States at any time during Defendants' Kronos service outage, beginning on or about December 11, 2021, until the time that Defendants' regained full access to all Kronos products and services, and resumed normal employee timekeeping and payroll operations.

(Doc. 16, pgs. 10-11).

---

[1] A full list of all entities and facilities is found in Exhibit A of the Settlement Agreement. (*See* Doc. 16-1, pgs. 16-17: Ex. A, Schedule of Releases).

The Parties' Settlement Agreement, (Doc. 16-1), is **APPROVED**, including distribution to Plaintiffs, service of award to the Representative Plaintiff, and Plaintiff's attorneys' fees and expenses as set forth in the Settlement Agreement.

The Proposed Notice and Consent forms attached to the Settlement Release, (Doc. 16-2), are **AUTHORIZED** to be sent to the putative collective members, by US mail and email, as set forth in the Parties' Settlement Agreement. The Court has reviewed the selection of putative collective members and determined that they are appropriately similarly situated. *See Swales v. KLLM Transp. Servs., L.L.C.*, 985 F.3d 430, 434 (5th Cir. 2021).

Because this matter has been settled, Defendant's Motion to Dismiss for Failure to State a Claim, (Doc. 9), is **DENIED AS MOOT**.

This case and all claims asserted in this case by all Plaintiffs opting-into the settlement, are **DISMISSED WITH PREJUDICE**, with each Party to bear its own costs.

**SO ORDERED:** February 14, 2023.

Ada Brown
UNITED STATES DISTRICT JUDGE